**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PERSIVIA, INC.,

        Plaintiff,

v.                                            CASE NO. 1:25-cv-22423-RAR

SANITAS USA, INC.,

        Defendant.

_____/

**<u>JOINT MOTION FOR BRIEF EXTENSION TO FILE DISMISSAL DOCUMENTS</u>**

Plaintiff Persivia, Inc. ("Persivia") and Defendant Sanitas USA, Inc. ("Sanitas," and together with Persivia, the "Parties") hereby respectfully request a brief extension, up to and including April 13, 2026, to file the appropriate dismissal documents to resolve this action, and in support thereof state as follows:

1.      On March 6, 2026, the Parties filed a Joint Status Update on Settlement advising the Court that they had finalized the settlement agreement in this case and requesting thirty (30) days to file the appropriate dismissal documents. *See* ECF No. 55.

2.      On March 9, 2026, the Court entered a Paperless Order requiring that the Parties "file dismissal documents on or before April 9, 2026." *See* ECF No. 56.

3.      The settlement agreement was fully executed on March 11, 2026 (the "Effective Date"). The Effective Date of the settlement agreement triggered certain deadlines for obligations the Parties are required to fulfill under the settlement agreement prior to dismissal.  Due to a brief delay in obtaining all required signatures on the Parties' settlement agreement, there are certain obligations required by the agreement that remain outstanding as of the filing of this Motion.

4.      Specifically, the deadline to complete certain of these obligations is April 10, 2026. While the Parties have been diligently working to complete these items in an effort to meet the

Court's dismissal deadline, they require the full amount of time afforded by the settlement agreement to do so.

5.      Accordingly, the Parties request that the Court grant them a brief extension, up to and including, April 13, 2026, to file the appropriate dismissal documents.


Dated: April 9, 2026                                        Respectfully submitted,

By: */s/ Emma C. Mata*                        By: */s/ Eva M. Spahn*_____
Kevin M. Young, Esq.                           Angelika Hunnefeld, Esq.
Florida Bar No. 114151                         Florida Bar No. 70246
**SEYFARTH SHAW LLP**                  **GREENBERG TRAURIG, P.A.**
1075 Peachtree Street, N.E.                   333 SE 2nd Avenue, Suite 4400
Suite 2500                                          Miami, Florida 33131
Atlanta, Georgia 30309-3958               Telephone: (305) 579-0500
Telephone: (404) 885-6697                   Facsimile (305) 579-0717
Facsimile: (404) 892-7056                    hunnefelda@gtlaw.com
kyoung@seyfarth.com                          fernandezfe@gtlaw.com
                                                       Eva M. Spahn, Esq.
*Counsel for Plaintiff Persivia, Inc.*        Florida Bar No. 92063
                                                       eva.spahn@gtlaw.com
Emma C. Mata                                    michelle.cruz@gtlaw.com
*Admitted Pro Hac Vice*                      Joshua Stotzky
700 Milam Street                                 Florida Bar No. 1059862
Suite 1400                                          joshua.stotzky@gtlaw.com
Houston, Texas 77002-2812
Telephone: (713) 238-1820                   *Counsel for Defendant Sanitas USA, Inc.*
Facsimile: (713) 225-2340
emata@seyfarth.com

*Counsel for Plaintiff Persivia, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Eva M. Spahn*
Eva M. Spahn

## SERVICE LIST

**SEYFARTH SHAW LLP**
Emma C. Mata, Esq.
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 238-1820
Facsimile: (713) 225-2340
emata@seyfarth.com

Kevin M. Young, Esq.
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-6697
Facsimile: (404) 892-7056
kyoung@seyfarth.com

*Counsel for Plaintiff Persivia, Inc.*