**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PERSIVIA, INC.,

        Plaintiff,

v.                                                                              CASE NO. 1:25-cv-22423-RAR

SANITAS USA, INC.,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff PERSIVIA, INC. and Defendant SANITAS USA, INC., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims and counterclaims asserted therein by Plaintiff and Defendant shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: April 13, 2026

Respectfully submitted,

By: */s/ Kevin M. Young*
Kevin M. Young, Esq.
Florida Bar No. 114151
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-6697
Facsimile: (404) 892-7056
kyoung@seyfarth.com

Emma C. Mata
*Admitted Pro Hac Vice*
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 238-1820
Facsimile: (713) 225-2340
emata@seyfarth.com

*Counsel for Plaintiff Persivia, Inc.*

By: */s/ Eva Spahn*
Angelika Hunnefeld, Esq.
Florida Bar No. 70246
**GREENBERG TRAURIG, P.A.**
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile (305) 579-0717
hunnefelda@gtlaw.com
fernandezfe@gtlaw.com
Eva M. Spahn, Esq.
Florida Bar No. 92063
eva.spahn@gtlaw.com
michelle.cruz@gtlaw.com
Joshua Stotzky
Florida Bar No. 1059862
joshua.stotzky@gtlaw.com

*Counsel for Defendant Sanitas USA, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Emma C. Mata*
Emma C. Mata

2

3

## SERVICE LIST

**GREENBERG TRAURIG, P.A.**

Angelika Hunnefeld, Esq.
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile (305) 579-0717
hunnefelda@gtlaw.com
fernandezfe@gtlaw.com

Eva M. Spahn, Esq.
eva.spahn@gtlaw.com
michelle.cruz@gtlaw.com

Joshua Stotzky
joshua.stotzky@gtlaw.com

*Counsel for Defendant Sanitas USA, Inc.*